IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CARL GARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 624-033 |
| ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS TACT SQUAD; ) | |
| OFC. HORNSBY; OFC. MANUEL; and ) | |
| OFC. WATTS, ) | |
| ) | |
| Defendants.[1] ) | |

**O R D E R**

Plaintiff filed this case in the Statesboro Division of the Southern District of Georgia even though the actions complained of were allegedly taken against Plaintiff by Defendants while he was housed at Calhoun State Prison located in Morgan, Georgia. As Morgan is located in Calhoun County in the Middle District of Georgia, the proper venue is the Albany Division of that District Court. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Albany Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. The mailing address for the Albany Division is: U.S. District Court, 201 West Broad Avenue, Albany, Georgia 31701.

SO ORDERED this 20th day of June, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to update the list of Defendants in accordance with the above caption to remove the duplicate Defendant entries on the docket for the Georgia Department of Corrections and Tact Squad.